# United States Court of Appeals for the Federal Circuit

_____

November 14, 2013

**ERRATA**

_____

Appeal No. 2013-3045

**DAVID NOBLE, JR.,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

Decided: September 18, 2013
Nonprecedential Opinion

_____

Please make the following changes:

Page 3, lines 26-27, change "granted his request to try to litigate it" to --treated the argument--.

Page 7, line 19, change "prior declaration addressing the issue" to --declaration recounting his pre-hearing experience with and research into constructive-suspension claims--.